STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MICHAEL DORE (Cal. Bar No. 227442)
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721/4667
     Facsimile: (213) 894-3713
     E-mail:    michael.dore@usdoj.gov
                robyn.bacon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-511-SJO |
|---|---|
| Plaintiff, | ORDER TO MODIFY JUDGMENT AND COMMITMENT ORDER AS TO DEFENDANT NISIM SABAG |
| v. | |
| MOSHE MATSRI, et al., | |
| Defendants. | |

The Court has read and considered the Joint Stipulation to Modify Judgment and Commitment Order as to Defendant Nisim Sabag, filed by the parties in this matter on October 17, 2014, and incorporated by reference. For good cause shown, IT IS HEREBY ORDERED THAT:

The Judgment and Probation/Commitment Order entered in this case as to defendant Nisim Sabag on September 24, 2014 (criminal docket number 311) shall be amended to delete "364 days," from the third paragraph on the first page and add "(that is, 355 days)" following

the reference to "time served."  Accordingly, the paragraph of the order that currently reads:

> Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Nisim Sabag, is hereby committed on Count 1 of the First Superseding Information to the custody of the Bureau of Prisons for a term of 364 days, time served.

shall be amended to read:

> Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Nisim Sabag, is hereby committed on Count 1 of the First Superseding Information to the custody of the Bureau of Prisons for a term of time served (that is, 355 days).

October 22, 2014.                                *S. James Otero*

_____      _____
DATE                                 HONORABLE S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE

CC:   PROBATION OFFICE

      U.S. MARSHAL

2